UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

#10
JS-6

CIVIL MINUTES - GENERAL

| Case No. | CV 11-3079 PSG (JCGx) | Date | July 26, 2011 |
|---|---|---|---|
| Title | Soleiman Zamani v. JP Morgan Chase Bank | | |

Present: The Honorable Philip S. Gutierrez, United States District Judge

| Wendy K. Hernandez | Not Present | n/a |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

Attorneys Present for Plaintiff(s):　　　　Attorneys Present for Defendant(s):

Not Present　　　　　　　　　　　　　　　Not Present

**Proceedings:** **(In Chambers) Order GRANTING Defendant's motion for judgment on the pleadings**

Before the Court is Defendant JP Morgan Chase Bank's ("Defendant") motion for judgment on the pleadings. The Court finds the matter appropriate for decision without oral argument. *See* Fed. R. Civ. P. 78; L.R. 7-15. Having considered the papers submitted in support of Defendant's motion, the Court GRANTS the motion.

On March 21, 2011, Plaintiff filed this action in state court asserting claims based on, *inter alia*, the Fair Credit Reporting Act ("FCRA"). On April 12, 2011, Defendant timely removed the matter to this Court. This case is essentially identical to another FCRA case previously brought by Plaintiff against Defendant, Soleiman Zamani v. JP Morgan Chase Bank, CV 10-4234 PSG (JCGx) ("*Zamani I*"). The Court dismissed *Zamani I* on May 10, 2011, upon granting Defendant's unopposed motion for summary judgment.[1]

On June 23, 2011, Defendant moved for judgment on the pleadings. Plaintiff was required to file an opposition to the motion by July 11, 2011. *See* L.R. 7-12. Plaintiff did not file an opposition by that date and has otherwise failed to respond to Plaintiff's motion. Pursuant to Local Rule 7-12, the Court deems Plaintiff's failure to file a timely opposition to be consent to the granting of Defendant's motion. *See id.*

---

[1] Defendant posits that Plaintiff decided to initiate this action in lieu of participating in *Zamani I*. *Mot*. 2:11-20, n.3.

**O**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**#10**
**JS-6**

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-3079 PSG (JCGx) | Date | July 26, 2011 |
|---|---|---|---|
| Title | Soleiman Zamani v. JP Morgan Chase Bank | | |

    Accordingly, the Court GRANTS Defendant's motion for judgment on the pleadings and DISMISSES the case with prejudice.

**IT IS SO ORDERED.**